UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN A. MCCONVILLE<br>Plaintiff<br><br>v.<br><br>MASSACHUSETTS BAY COMMUTER<br>RAILROAD COMPANY<br>Defendant | C.A. No. 04-10057 MLW |

## ASSENTED TO MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

The defendant, Massachusetts Bay Commuter Railroad Company, hereby moves this Court to extend the time in which it will be required to answer or otherwise respond to plaintiff's complaint. As grounds for this motion, the defendant states that the parties are in the process of pursuing mediation and, to this end, are filing a concurrent motion to have the matter referred to the Court-run mediation program. If mediation efforts are successful, that would eliminate the need for a responsive pleading. In the event that mediation is unsuccessful, the defendant seeks twenty (20) days from the conclusion of the mediation efforts in order to file a responsive pleading. The plaintiff, Stephen McConville, assents to this motion.

Respectfully submitted,

Defendant,
MASSACHUSETTS BAY
COMMUTER RAIL,
By its attorneys,

_____
Walter B. Prince, BBO#406440
Laurie F. Rubin, BBO# 564947
PRINCE, LOBEL, GLOVSKY & TYE LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000

Assented to,

Plaintiff,
STEPHEN MCCONVILLE,

By his attorney,

_____
Daniel W. Rice, BBO# 559269
GLYNN, LANDRY,
HARRINGTON & RICE, LLP
10 Forbes Road
Braintree, MA 02184
(781) 849-8479

Dated: March 16, 2004