UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN A. MCCONVILLE<br>Plaintiff<br><br>v.<br><br>MASSACHUSETTS BAY COMMUTER<br>RAILROAD COMPANY<br>Defendant | )<br>)<br>)<br>) C.A. No. 04-10057 MLW<br>)<br>)<br>)<br>)<br>) |

**ASSENTED TO MOTION TO REFER THE MATTER TO COURT-RUN MEDIATION**

The plaintiff, Stephen A. McConville, and the defendant, Massachusetts Bay Commuter Railroad Company, hereby move this Court to refer this case to mediation through the Federal District Court mediation program. As grounds for this motion, the parties state: This is an employment discrimination claim, in which the plaintiff claims that the defendant, his current employer, has discriminated against him on the basis of age and disability status. The parties are interested in trying to resolve the matter and seek a referral to the Court-run mediation program.

Respectfully submitted,

Plaintiff,
STEPHEN A. MCCONVILLE
By his attorney,


_____
Daniel W. Rice, BBO# 559269
GLYNN, LANDRY,
HARRINGTON & RICE, LLP
10 Forbes Road
Braintree, MA  02184
(781) 849-8479

Dated:  March 16, 2004

Defendant,
MASSACHUSETTS BAY
COMMUTER RAILROAD COMPANY,
By its attorneys,


_____
Walter B. Prince, BBO#406440
Laurie F. Rubin, BBO# 564947
PRINCE, LOBEL, GLOVSKY & TYE LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000