# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

STEPHEN A. McCONVILLE,
    Plaintiff,

v.                    CIVIL ACTION NO. 04-10057-MLW

MASSACHUSETTS BAY COMMUTER
RAILROAD COMPANY,
    Defendant.

## ***NOTICE OF MEDIATION***

COLLINGS, U.S.M.J.

    Please take notice that a **MEDIATION** in the above-entitled cases is scheduled for **10:30 A.M. on Monday, August 2, 2004**, with principals present, before the Honorable Robert B. Collings, United States Magistrate Judge at Courtroom 14, 5th floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, MA 02210.

                              ROBERT B. COLLINGS
                              United States Magistrate Judge
            By:

                              *Kathleen M. Dolan*

                              Deputy Clerk
                              617-748-9229

Date: June 29, 2004.

Notice sent to:
Daniel W. Rice, Esquire
Laurie F. Rubin, Esquire
Walter B. Prince, Esquire