# United States District Court
# District of Massachusetts

STEPHEN A. McCONVILLE,
        Plaintiff,

v.   CIVIL ACTION NO. 2004-10057-MLW

MASSACHUSETTS BAY
    COMMUTER RAILROAD
    COMPANY,
        Defendant.

## REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION TO JUDGE

COLLINGS, U.S.M.J.

On August 2, 2004, I held the following ADR proceeding:

| _____ EARLY NEUTRAL EVALUATION | __X__ MEDIATION |
| _____ MINI-TRIAL | _____ SUMMARY JURY TRIAL |
| _____ SETTLEMENT CONFERENCE | |

The plaintiff and defendants' general counsel were present together with their retained counsel.

[X]   The case SETTLED. The Clerk shall enter a 60-day Order requiring filing of closing papers by October 4, 2004. If any problems arise concerning implementation of the settlement, counsel shall file a motion for a further conference with the undersigned to be held on or after 9/14/2004.


<u>August 2, 2004</u>                                          *Robert B. Collings*
DATE                                                              ROBERT B. COLLINGS
                                                                           United States Magistrate Judge

Copy to:   Judge Wolf
             Amy Bressler Nee, Esquire,
             Counsel for all parties.