UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEPHEN A. McCONVILLE,            )
        Plaintiff(s)            )
                                        )
v.                                )   C.A. No. 04-10057-MLW
                                        )
MASSACHUSETTS BAY COMMUTER        )
RAILROAD COMPANY,                 )
        Defendant(s)           )

SETTLEMENT ORDER OF DISMISSAL

WOLF, D.J.

The Court having been advised on August 3, 2004 by Magistrate Judge Collings that the above-captioned action settled:

It is hereby ORDERED that this action is hereby DISMISSED without prejudice to reconsideration and possible reopening if within 60 days of this Order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

If no such motion is filed within 60 days of this Order, the case may only be reopened upon a meritorious motion pursuant to Fed. R. Civ. P. 60. See Pratt v. Philbrock, 109 F.3d 18 (1st Cir. 1997).

By the Court:
Tony Anastas, Clerk

August 3, 2004                    /s/Dennis O'Leary
Date                              Deputy Clerk