# UNIITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEPHEN A. MCCONVILLE,<br>                    Plaintiff<br><br>          v.<br><br><br>MASSACHUSETTS BAY COMMUTER<br>RAILROAD COMPANY,<br>                    Defendant | C.A. NO. 04-10057-MLW |

**PLAINTIFF S'MOTION TO REOPEN ACTION**
**BECAUSE SETTLEMENT HAS NOT BEEN CONSUMMATED AND REQUEST**
**THAT ORDER OF DISMISSAL BE EXTENDED AN ADDITIONAL 30 DAYS**

Now comes the Plaintiff, and moves that this Court reopen the above-referenced action,

pursuant to the settlement order of dismissal issued in this case on August 3, 2004 in

which it ordered the action dismissed without costs and prejudice to the right of any

party, upon good cause shown, to reopen the action within 60 days if settlement is not

consummated.  In support thereof, the Plaintiff states that as of this date, settlement in

this action has not been consummated, which represents good cause to reopen this matter.

The Plaintiff additionally requests that the court issue another 30 day settlement order of

dismissal so that the parties may try to consummate their settlement agreement.

1

2

Respectfully submitted,

THE PLAINTIFF,

By his attorney,

s/Daniel W. Rice
Daniel W. Rice
GLYNN, LANDRY,
HARRINGTON & RICE, LLP
10 Forbes Road
Braintree, MA 02184
BBO#559269
(781) 849-8479

Dated: September 30, 2004