# UNIITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| _____ | ) | |
| | ) | |
| STEPHEN A. MCCONVILLE, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | |
| MASSACHUSETTS BAY COMMUTER | ) | |
| RAILROAD COMPANY, | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | |

### CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 7.1(a)(2)

I certify that I attempted to contact the attorney for the Defendant, Laurie Rubin, about enlarging the settlement order of dismissal, today, September 30, 2004, but was unable to make contact with her by phone or e-mail.  We have had many previous communications in connection with our efforts to resolve this action.

s/Daniel W. Rice
Daniel W. Rice