UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


STEPHEN A. McCONVILLE,              )
              Plaintiff(s)              )
                                )
v.                                  )    C.A. No.   04-10057-MLW
                                )
MASSACHUSETTS BAY COMMUTER          )
RAILRAOD CO.,                       )
              Defendant(s)              )



SETTLEMENT ORDER OF DISMISSAL

WOLF, D.J.

      The Court having been advised on October 18, 2004 by counsel for both parties that the above-captioned action settled:

      It is hereby ORDERED that this action is hereby DISMISSED without prejudice to reconsideration and possible reopening if within 60 days of this Order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

      If no such motion is filed within 60 days of this Order, the case may only be reopened upon a meritorious motion pursuant to Fed. R. Civ. P. 60. See Pratt v. Philbrock, 109 F.3d 18 (1st Cir. 1997).

                                            By the Court:
                                          Tony Anastas, Clerk


October 18, 2004                    /s/Dennis O'Leary                    
Date                                Deputy Clerk